**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE WALKER D. MILLER**

**COURTROOM MINUTES**

Courtroom Deputy: Kathy Preuitt-Parks                Date: May 4, 2007
Court Reporter: Darlene Martinez                     Time: 20 minutes

**CASE NO.   06-cv-02038-WDM**

| Parties | Counsel |
|---|---|
| **BEVERLY MILLIGAN OF TORONTO,** | Olivia Lucas |
| Plaintiff, | |
| vs. | |
| **CHEETA INTERNATIONAL, INC., et al,** | Without Counsel |
| Defendants. | |

**HEARING ON MOTION FOR DEFAULT JUDGMENT**

**1:35 p.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL for plaintiff.

**Plaintiff's Motion for Default Judgment (Doc #10), filed 11/29/06.**

**Plaintiff's Motion for Attorney Fees (Doc #11), filed 11/29/06.**

Page Two
06-cv-02038-WDM
May 4, 2007

Court inquires why plaintiff has failed to comply with the Court's minute order regarding procedures when seeking an entry of default judgment.

**ORDERED:** Plaintiff's Motion for Default Judgment (Doc #10), filed 11/29/06 is **DISMISSED WITHOUT PREJUDICE.**

**ORDERED:** Plaintiff's Motion for Attorney Fees (Doc #11), filed 11/29/06 is **DISMISSED WITHOUT PREJUDICE.**

**ORDERED:** Plaintiff is directed to refile her motions with an affidavit by a person competent to state what the principle amount due is, the date of default that triggers accrual of interest and the basis for prime rate calculation and how it was calculated by **June 1, 2007.**

**1:55 p.m.    COURT IN RECESS**

**Total in court time:        20 minutes**

**Hearing concluded**