IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

---

Civil Action No. 06-cv-02038-WDM-BNB　　　　Date: February 1, 2008
Courtroom Deputy: Geneva D. Mattei　　　　　　FTR BNB COURTROOM A401

---

BEVERLY MILLIGAN OF TORONTO,　　　　　　Olivia Lucas
an Ontario corporation
d/b/a
INTERACTIVE BROADCAST DEVELOPMENT GROUP, INC.,
f/k/a
HAYLEA SYSTEMS, INC.,

Plaintiff,

v.

CHEETAH INTERNATIONAL, INC.,
 a Colorado corporation, and its related company,
CHEETAH SYSTEMS, INC., and
DONALD MILLER,
an individual,

　　　　　　Defendants.

---

### COURTROOM MINUTES

---

**HEARING: MOTIONS**

Court in Session:　　9:20 a.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:　Motion for reconsideration by plaintiff filed February 22, 2008; Doc 34 is granted as stated on the record.**

Court in Recess　　9:31 a.m.　　Hearing concluded.

Total time in court: 00:11