IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-02038-WDM-BNB

BEVERLY MILLIGAN OF TORONTO, an Ontario corporation d/b/a INTERACTIVE
BROADCAST DEVELOPMENT GROUP, INC., f/k/a HAYLEA SYSTEMS, INC.,

Plaintiff,

v.

CHEETAH INTERNATIONAL, INC., a Colorado corporation, and its related company,
CHEETAH SYSTEMS, INC., and
DONALD MILLER, an individual,

Defendants.
_____

## ORDER
_____

This matter is before me on the **Motion for Reconsideration** [Doc. # 34, filed 1/22/2007] (the "Motion for Reconsideration"). The motion is GRANTED.

A default judgment was entered against the defendants, jointly and severally, in the principal amount of $140,000.00, plus interest, attorney fees, and costs. Default Judgment [Doc. # 24, filed 10/26/2007]. Thereafter, the judgment creditor caused writs of garnishment to be served on Wells Fargo Bank, N.A. ("Wells Fargo"). Wells Fargo answered the writs of garnishment, stating that it owed $1,639.22 to judgment debtor Donald Miller, a natural person, and $1,136.31 to judgment debtor Cheetah International, Inc., a Colorado corporation.

On January 16, 2008, I entered an order granting in part and denying in part the Expedited Motion to Release Funds Pursuant to Writs of Garnishment. I granted the motion with respect to Cheetah International, Inc.; entered judgment in favor of judgment debtor Cheetah International,

Inc., and against Garnishee Wells Fargo Bank, N.A., for the use of judgment creditor Beverly Milligan of Toronto, f/k/a Haylea Systems, Inc., d/b/a Interactive Broadcast Development Group, Inc.; and ordered Wells Fargo to pay the funds into the registry of the court. Order [Doc. # 31, filed 1/16/2008]. I denied the motion with respect to Donald Miller, however, finding that the judgment creditor had failed to comply with Rule 103, Section 2 (d)(2), Colo. R. Civ. P., which requires service on the judgment debtor of the writ of garnishment, including Wells Fargo's answer.

The Motion for Reconsideration is brought within 10 days of the entry of judgment, and is proper under Rule 59(e), Fed. R. Civ. P. The judgment creditor asks that I reconsider that portion of my previous order concerning Donald Miller, arguing that I have made a manifest error of fact. See Pizza Management, Inc. v. Pizza Hut, Inc., 1989 WL 89937 *1 (D. Kan. July 19, 1989) (holding that motions to reconsider are appropriate to afford a court an opportunity "to correct manifest errors of law or fact and to review newly discovered evidence").

Contrary to my previous finding, the judgment creditor did serve the writ of garnishment, including Wells Fargo's answer, on Miller. See Expedited Motion to Release Funds Pursuant to Writs of Garnishment at Exh. A [Doc. # 28-2, filed 1/8/2008] and Certificate of Service of Expedited Motion to Release Funds Pursuant to Writs of Garnishment [Doc. # 30, filed 1/9/2008]. Consequently, the judgment creditor has fully complied with the requirements of Rule 103, Section 2, Colo. R. Civ. P.

IT IS ORDERED that the Motion for Reconsideration is GRANTED.

IT IS FURTHER ORDERED that judgment in the amount of $1,639.22 is entered in favor of judgment debtor Donald Miller, and against Garnishee Wells Fargo Bank, N.A., for the

use of judgment creditor Beverley Milligan of Toronto, f/k/a Haylea Systems, Inc., d/b/a Interactive Broadcast Development Group, Inc., an Ontario corporation, pursuant to the Writ of Garnishment With Notice of Exemption and Pending Levy. These funds shall be paid by Garnishee, Wells Fargo Bank, N.A., into the registry of the Court. Garnishee shall tender its check for the amount of the judgment PAYABLE TO the Clerk of the United States District Court, together with a copy of this Order, to:

>Clerk of the Court
>United States District Court for the District of Colorado
>Alfred A. Arraj United States Courthouse
>901 19th Street, Room A-105
>Denver, Colorado 80294-3589.

IT IS FURTHER ORDERED that a copy of this Order is to be mailed to the following:

>Wells Fargo Bank
>Levy Processing
>MAC S3928-021
>P. O. Box 29779
>Phoenix, AZ 85038-9779

Dated February 1, 2008.

>BY THE COURT:
>
> s/ Boyd N. Boland
>United States Magistrate Judge