IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | | |
|---|---|---|
| Civil Action: | 06-cv-02038-PAB-BNB | Date: February 19, 2013 |
| Courtroom Deputy: | Julie Dynes | FTR: BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| BEVERLY MILLIGAN OF TORONTO **Plaintiff(s)** | |
| v. | |
| CHEETAH INTERNATIONAL, INC. CHEETAH SYSTEMS, INC. DONALD MILLER **Defendant(s)** | |
| MEDIAC SYSTEMS, LTD **Interested Party** | *Stephan G. Pavlik* |

### COURTROOM MINUTES

**MOTIONS HEARING**

Court in Session: 3:00 p.m.

Appearance of counsel.

Discussion held on [51] Request for Issuance of Writ of Execution for Other Than Money.

**ORDERED:  [51] Request for Issuance of Writ of Execution for Other Than Money is DENIED WITHOUT PREJUDICE, writ may be filed again pursuant to terms discussed on the record.**

Court in Recess: 3:04 p.m.   Hearing concluded.   Total time in Court: 00:04

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119