IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-02038-WDM-BNB

BEVERLY MILLIGAN OF TORONTO, an Ontario corporation d/b/a INTERACTIVE BROADCAST DEVELOPMENT GROUP, INC., f/k/a HAYLEA SYSTEMS, INC.,

Plaintiff,

v.

CHEETAH INTERNATIONAL, INC., a Colorado corporation, and its related company,
CHEETAH SYSTEMS, INC., and
DONALD MILLER, an individual,

Defendants.

_____

**ORDER**
_____

This matter arises on a **Request for Issuance of Writ of Execution for Other Than Money** [Doc. # 51, filed 11/19/2012] (the "Motion").  Although it requests a writ of execution, the Motion fails to identify the asset or assets to be seized.  I held a hearing on the Motion this afternoon and made rulings on the record, which are incorporated here.

IT IS ORDERED that the Motion [Doc. # 51] is DENIED without prejudice for the reasons stated on the record this afternoon.

Dated February 19, 2013.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge