IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | | |
|---|---|---|
| Civil Action: | 06-cv-02038-PAB-BNB | Date: June 24, 2013 |
| Courtroom Deputy: | Julie Dynes | FTR: BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| BEVERLY MILLIGAN OF TORONTO **Plaintiff(s)** | |
| v. | |
| CHEETAH INTERNATIONAL, INC. CHEETAH SYSTEMS, INC. DONALD MILLER **Defendant(s)** | |
| MEDIAC SYSTEMS, LTD **Interested Party** | *Stephan G. Pavlik* |

**COURTROOM MINUTES**

**MOTIONS HEARING**

Court in Session: 9:13 a.m.

Appearance of counsel.

Discussion held on [62] Request for Issuance of Writ of Execution for Other Than Money.

**ORDERED:   [62] Request for Issuance of Writ of Execution for Other Than Money is DENIED, writ may be refiled pursuant to terms discussed on the record.**

Interested Party's witness, Jason Pardikes, called and sworn.

9:27 a.m.       Direct examination of Mr. Pardikes by Mr. Pavlik.

**ORDERED:** **[63] Verified Motion for Temporary Restraining Order Per Rule 65, F.R.C.P. is TAKEN UNDER ADVISEMENT, written recommendation to issue.**

Court in Recess:  9:33 a.m.     Hearing concluded.     Total time in Court: 00:20

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119