IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 06-cv-02038-PAB-BNB

BEVERLY MILLIGAN OF TORONTO, an Ontario corporation d/b/a Interactive Broadcast Development Group, Inc., f/k/a Haylea Systems, Inc.,

    Plaintiff,

v.

CHEETAH INTERNATIONAL, INC., a Colorado corporation, and its related company, CHEETAH SYSTEMS, INC., and
DONALD MILLER, an individual,

    Defendants.

_____

### ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION
_____

This matter is before the Court on the Recommendation of United States Magistrate Judge Boyd N. Boland filed on June 25, 2013 [Docket No. 74]. The Recommendation states that objections to the Recommendation must be filed within fourteen days after its service on the parties. *See* 28 U.S.C. § 636(b)(1)(C). The Recommendation was served on June 25, 2013. No party has objected to the Recommendation.

The copy of the Recommendation that was mailed to defendants at their last known address was returned as undeliverable [Docket No. 78]. Although they are required to do so, *see* D.C.COLO.LCivR 10.1M, defendants have failed to inform the court of their current mailing address(es). Defendants, therefore, bear responsibility for not receiving a copy of the Recommendation.

In the absence of an objection, the district court may review a magistrate judge's recommendation under any standard it deems appropriate. *See Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings"). In this matter, the Court has reviewed the Recommendation to satisfy itself that there is "no clear error on the face of the record."[1] Fed. R. Civ. P. 72(b), Advisory Committee Notes. Based on this review, the Court has concluded that the Recommendation is a correct application of the facts and the law. Accordingly, it is

**ORDERED** as follows:

1. The Recommendation of United States Magistrate Judge [Docket No. 74] is ACCEPTED.

2. Mediac Systems Ltd.'s Verified Motion for Temporary Restraining Order [Docket No. 63] is GRANTED. Cheetah International, Inc., Cheetah Systems, Inc., Donald Miller, their officers, agents, servants, employees, and attorneys, and all others who are in active concert or participation with them are enjoined from taking, destroying, hiding, or publishing online or otherwise the defendants' software products.

3. No security shall be required.

---

[1] This standard of review is something less than a "clearly erroneous or contrary to law" standard of review, Fed. R. Civ. P. 72(a), which in turn is less than a de novo review. Fed. R. Civ. P. 72(b).

DATED July 15, 2013.

                            BY THE COURT:

                            s/Philip A. Brimmer
                            PHILIP A. BRIMMER
                            United States District Judge