IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-02038-PAB-BNB

BEVERLY MILLIGAN OF TORONTO, an Ontario corporation d/b/a INTERACTIVE BROADCAST DEVELOPMENT GROUP, INC., f/k/a HAYLEA SYSTEMS, INC.,

Plaintiff,

v.

CHEETAH INTERNATIONAL, INC., a Colorado corporation, and its related company,
CHEETAH SYSTEMS, INC., and
DONALD MILLER, an individual,

Defendants.

_____

**ORDER**
_____

This matter arises on a **Request for Issuance of Writ of Execution for Other Than Money** [Doc. # 80, filed 7/27/2013] (the "Motion").

On October 25, 2013, the court entered default judgment in favor of the plaintiff, Beverly Milligan of Toronto, and against the defendants jointly and severally in the amount of $158,025.16. Default Judgment [Doc. # 24]. Subsequently, through writs of garnishment, the plaintiff was able to execute on bank accounts of certain defendants and recover $2,275.53 to be applied against the judgment. The judgment was assigned to Mediac Systems Ltd. ("Mediac") by an Assignment dated July 15, 2013. Assignment of Judgment [Doc. # 51-1]. Mediac claims that $255,224.27 remains due and unpaid under the judgment as of August 1, 2013.

The Motion requests an order directing the Clerk of the Court to issue a Writ of Execution on personal property owned by the defendants which may be found at one or more of the following addresses: (1) 970 Pennsylvania Street, # 101, Denver, Colorado; (2) 3120 Corona

Tr., # 112, Boulder, Colorado; and (3) 7050 120th Ave., Suite 14, Broomfield, Colorado. The property sought to be seized and sold includes:

(A) Any and all computer systems, laptops, desktops, and servers which contain any and all source codes and development environments related to SmartCAT, Captivator Offline, and TurboCAT;

(B) Any and all personal computer systems owned by Donald Miller, including laptops, desktops, and servers;

(C) All backup media and application discs, CDs, 3.5 floppy discs, external hard drives, thumb drives, and similar devices; and any and all password lists and account access information to online backups, online data repositories, and account systems;

(D) Any and all filing cabinets and contents that hold information regarding the source code related to SmartCAT, Captivator Offline, and TurboCAT;

(E) Any recorded information, in any physical form, generated or received by defendants pertaining to the source code, specification, schematics, flow charts, artwork, formulas, computer instructions, comments, files, or other documentation sufficient to show the operation of any aspects or elements for recording information of the SmartCAT, Captivator Offline, and TurboCAT software, including all documents, papers, cards, books, maps, photographs, charts, blueprints, sound or video recordings (CDs, DVDs, audiotapes, and videotapes), microfilm, magnetic tape, electronic media (including information stored on computers, web servers, physical storage devices, or cloud storage devices), and emails.

IT IS ORDERED:

(1) The Motion [Doc. # 80] is GRANTED.

(2)     Counsel for Mediac shall prepare a Writ of Execution pursuant to Fed. R. Civ. P. 69, and a Certificate of Levy consistent with the requirements of Colorado law, see section 13-55-101 *et seq.*, and of the United States Marshal, and submit them to the court on or before November 5, 2013, for review and approval.

Dated October 29, 2013.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge