IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-02038-PAB-BNB

BEVERLY MILLIGAN OF TORONTO, an Ontario corporation d/b/a INTERACTIVE
BROADCAST DEVELOPMENT GROUP, INC., f/k/a HAYLEA SYSTEMS, INC.,

Plaintiff,

v.

CHEETAH INTERNATIONAL, INC., a Colorado corporation, and its related company,
CHEETAH SYSTEMS, INC., and
DONALD MILLER, an individual,

Defendants.

_____

**ORDER**

_____

This matter arises on proposed Writ of Execution and Certificate of Levy submitted by

Mediac Systems Ltd. ("Mediac") pursuant to my Order [Doc. # 92].  The Writ of Execution does

not comply with the requirements of my Order, and is REFUSED.

On October 25, 2013, default judgment entered in favor of the plaintiff, Beverly Milligan

of Toronto, and against the defendants, jointly and severally, in the amount of $158,025.16.

Default Judgment [Doc. # 24].  Subsequently, through writs of garnishment, the plaintiff was

able to execute on bank accounts and recover $2,275.53 to be applied against the judgment.  The

judgment was assigned to Mediac Systems Ltd. ("Mediac") by an Assignment dated July 15,

2013.  Assignment of Judgment [Doc. # 51-1].  Mediac claims that $255,224.27 remains due and

unpaid under the judgment as of August 1, 2013.

Mediac requested an order directing the Clerk of the Court to issue a Writ of Execution

on personal property owned by the defendants.  Motion [Doc. # 80].  The Motion identified three

addresses where the property could be found and the property of the defendants which could be found at the addresses.  Id.

The proposed Writ of Execution merely commands the Marshal to "levy upon the property of the above named defendants."  It fails to direct the Marshal to the location of the property or to the property of the defendants which may be found at the identified locations.  I previously admonished Mediac of these requirements.

IT IS ORDERED that the proposed Writ of Execution [Doc. # 94] is REFUSED.

Dated November 7, 2013.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge