IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-02038-PAB-BNB

BEVERLY MILLIGAN OF TORONTO, an Ontario corporation d/b/a INTERACTIVE BROADCAST DEVELOPMENT GROUP, INC., f/k/a HAYLEA SYSTEMS, INC.,

Plaintiff,

v.

CHEETAH INTERNATIONAL, INC., a Colorado corporation, and its related company,
CHEETAH SYSTEMS, INC., and
DONALD MILLER, an individual,

Defendants.
_____

**ORDER**
_____

This matter arises on the following:

(1)     My Order [Doc. # 92] granting the Request for Issuance of Writ of Execution [Doc. # 92], and requiring Mediac Systems Ltd. ("Mediac") to submit a proposed writ of execution; and

(2)     A proposed Writ of Execution [Doc. # 97] submitted by Mediac.

IT IS ORDERED that the Clerk of the Court is directed to execute and issue the Writ of Execution [Doc. # 97].

Dated November 19, 2013.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge